UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Glen Llewellyn Jenkins,<br><br>    Debtor,<br><br>Wells Fargo Bank, N.A., As Trustee For Carrington Mortgage Loan Trust Series 2006-FRE1 Asset Backed Pass-Through Certifcates, its assignees and/or successors in interest,<br><br>    Movant,<br><br>    and<br><br>Glen Llewellyn Jenkins;<br>Gregory Benjamin Schiller, Trustee,<br><br>    Respondents. | Bk. No. 4:15-bk-01390-RNO<br><br>CHAPTER 11 |

**ORDER FOR RELIEF FROM AUTOMATIC STAY**

Upon consideration of the Movant's Motion for Relief from Automatic Stay, and the Debtor's Answer thereto, after hearing held on March 15, 2019, it is

ORDERED that the Motion is GRANTED and the Automatic Stay in the above-entitled Bankruptcy proceeding is vacated and extinguished for all purposes as to Movant, its assignees and/or successors in interest, and Movant, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **335 S. Buckhout St, State College, Pennsylvania 16801**, pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

1

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 11 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that, in addition to foreclosure, this Relief Order permits activity necessary to obtain possession of said collateral; therefore, all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor. The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

Dated: March 15, 2019

By the Court,

_Robert N. Opel II_

Robert N. Opel, II, Chief Bankruptcy Judge (BI)