# Notice Recipients

District/Off: 0314–4            User: DDunbar            Date Created: 3/15/2019

Case: 4:15–bk–01390–RNO            Form ID: pdf010            Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db            Glen Llewellyn Jenkins            PO Box 254            State College, PA 16804–0254

TOTAL: 1